# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JUAN CARLOS MARTINEZ HOUSE,<br><br>Petitioner<br><br>v.<br><br>COURT OF COMMON PLEAS, DA, BUCKS COUNTY PROBATION OFFICER SUPERVISOR, JUDGE CLYDE W. WAITE,<br><br>Respondents | : No. 168 MM 2020<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.